UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: STEPHENS, EDWARD § Case No. 08-03749
STEPHENS, NANCY §
§
Debtor(s) §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on February 19, 2008. The undersigned trustee was appointed on March 04, 2008.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554 An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of        $     175,080.40

   Funds were disbursed in the following amounts:

   | | |
   |---|---:|
   | Payments made under an interim distribution | 36,727.96 |
   | Administrative expenses | 49,452.62 |
   | Bank service fees | 0.00 |
   | Other payments to creditors | 0.00 |
   | Non-estate funds paid to 3rd Parties | 0.00 |
   | Exemptions paid to the debtor | 15,000.00 |
   | Other payments to the debtor | 0.00 |
   | Leaving a balance on hand of [1]   $ | 73,899.82 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6. The deadline for filing non-governmental claims in this case was 07/14/2008 and the deadline for filing governmental claims was 08/17/2008. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $11,254.02. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $11,254.02, for a total compensation of $11,254.02.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $168.80, for total expenses of $168.80.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 08/30/2011          By: /s/MICHAEL G. BERLAND
                              Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

Exhibit A

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

Case Number: 08-03749
Case Name: STEPHENS, EDWARD
STEPHENS, NANCY
Period Ending: 08/30/11

Trustee: (520196) MICHAEL G. BERLAND
Filed (f) or Converted (c): 02/19/08 (f)
§341(a) Meeting Date: 04/10/08
Claims Bar Date: 07/14/08

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Vacant Lot, King & Exchange, Crete,-scheduled | 250,000.00 | 0.00 | | 95,000.00 | FA |
| 2 | Charter One-scheduled | 900.00 | 0.00 | DA | 0.00 | FA |
| 3 | Misc. personal property & household good-schedul | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 4 | Clothing-scheduled | 375.00 | 0.00 | DA | 0.00 | FA |
| 5 | Misc. jewelry-scheduled | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 6 | Local 130 Pension/401K-scheduled | 72,000.00 | 0.00 | DA | 0.00 | FA |
| 7 | Beaver Plumbing Services, Inc-sch | Unknown | 0.00 | DA | 0.00 | FA |
| 8 | Surety Bond Fifth Third Bank 346 Carol Lane -sch<br>This is potentially an asset of the corporate<br>bankruptcy case, Beaver Plumbing, and not the<br>individual case. | 15,000.00 | 0.00 | DA | 0.00 | FA |
| 9 | Beaver Plumbing Accounts Receivable-scheduled<br>This is potentially an asset of corporate case,<br>Beaver Plumbing, but not the individual case. | 60,000.00 | 0.00 | DA | 0.00 | FA |
| 10 | Nancy Stephens Personal Injury Claim-scheduled | 100,000.00 | Unknown | | 80,000.00 | FA |
| 11 | 2000 Ford E-250 Van Surrender-scheduled | 4,395.00 | 0.00 | DA | 0.00 | FA |
| 12 | 2000 Ford E-150-scheduled | 800.00 | 0.00 | DA | 0.00 | FA |
| 13 | 1980 Pines Semi Trailer-scheduled | 800.00 | 0.00 | DA | 0.00 | FA |
| 14 | 1993 Dodge Ram Van-scheduled | 100.00 | 0.00 | DA | 0.00 | FA |
| 15 | 1995 GMC Sierra Pick Up-scheduled | 1,500.00 | 0.00 | DA | 0.00 | FA |
| 16 | 1957 Chevy Belair- Not running-scheduled | 500.00 | 0.00 | DA | 0.00 | FA |
| 17 | 1993 Honey Bear Motor Home-scheduled | 10,000.00 | 0.00 | DA | 0.00 | FA |
| 18 | 2004 Ford Explorer XLT 60,000 miles-scheduled | 16,275.00 | 0.00 | DA | 0.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 80.40 | Unknown |
| 19 | Assets   Totals (Excluding unknown values) | $534,645.00 | $0.00 | | $175,080.40 | $0.00 |

**Major Activities Affecting Case Closing:**

The Trustee filed a Motion To Employ Broker, which was granted. The Trustee filed a Motion To Sell Vacant Land, which was granted. The Trustee has filed tax returns. The Trustee employed special counsel to prosecute a PI action, which was just resolved by arbitration. The Trustee received the monies from the arbitration

Printed: 08/30/2011 06:07 PM   V.12.57

Exhibit A

# Form 1

Page: 2

## Individual Estate Property Record and Report
## Asset Cases

Case Number: 08-03749  
Case Name: STEPHENS, EDWARD  
STEPHENS, NANCY  
Period Ending: 08/30/11

Trustee:   (520196)   MICHAEL G. BERLAND  
Filed (f) or Converted (c):   02/19/08 (f)  
§341(a) Meeting Date:   04/10/08  
Claims Bar Date:   07/14/08

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled And Unscheduled (u) Property) Ref. # | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) DA=§554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

award.

Initial Projected Date Of Final Report (TFR):   December 31, 2012        Current Projected Date Of Final Report (TFR):   December 31, 2012

Exhibit B

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| Case Number: | 08-03749 | | Trustee: | MICHAEL G. BERLAND (520196) |
|---|---|---|---|---|
| Case Name: | STEPHENS, EDWARD | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | STEPHENS, NANCY | | Account: | ***-*****24-65 - Money Market Account |
| Taxpayer ID #: | **-***3845 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 08/30/11 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 07/08/08 | | Ticor Title | Payment of net proceeds from sale of vacant land | | 49,310.13 | | 49,310.13 |
| | {1} | | 95,000.00 | 1110-000 | | | 49,310.13 |
| | | | Real estate commission    -5,700.00 | 3510-000 | | | 49,310.13 |
| | | | Payoff of mortgage    -36,385.71 | 4110-000 | | | 49,310.13 |
| | | | County taxes    -342.25 | 5800-000 | | | 49,310.13 |
| | | | Closing fee title company    -225.00 | 2500-000 | | | 49,310.13 |
| | | | Title insurance    -900.00 | 2500-000 | | | 49,310.13 |
| | | | Recording fees    -34.75 | 2500-000 | | | 49,310.13 |
| | | | County taxes    -47.50 | 2500-000 | | | 49,310.13 |
| | | | State tax    -95.00 | 2500-000 | | | 49,310.13 |
| | | | State of Illinois    -3.00 registration to Ticor | 2500-000 | | | 49,310.13 |
| | | | Surveyor    -1,300.00 | 3992-000 | | | 49,310.13 |
| | | | 1nd & 2nd installment    -656.66 2007 taxes | 2500-000 | | | 49,310.13 |
| 07/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 4.44 | | 49,314.57 |
| 08/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 5.86 | | 49,320.43 |
| 09/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 6.47 | | 49,326.90 |
| 10/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1200% | 1270-000 | 5.37 | | 49,332.27 |
| 11/21/08 | 1001 | Gloria Longest | Payment of accountant per court order | 3410-000 | | 500.00 | 48,832.27 |
| 11/21/08 | 1002 | Internal Revenue Service | Payment of tax due per tax return | 2810-000 | | 3,924.00 | 44,908.27 |
| 11/28/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1000% | 1270-000 | 3.86 | | 44,912.13 |
| 12/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 3.18 | | 44,915.31 |
| 01/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.83 | | 44,917.14 |
| 02/27/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.71 | | 44,918.85 |
| 03/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.95 | | 44,920.80 |
| 04/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.83 | | 44,922.63 |
| 05/29/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.77 | | 44,924.40 |
| 06/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.95 | | 44,926.35 |
| 07/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.89 | | 44,928.24 |
| 08/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.89 | | 44,930.13 |
| 09/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.83 | | 44,931.96 |
| 10/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.83 | | 44,933.79 |
| 11/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.89 | | 44,935.68 |
| 12/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.89 | | 44,937.57 |
| 01/29/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.77 | | 44,939.34 |

Subtotals:    $49,363.34    $4,424.00

() Asset reference(s)    Printed: 08/30/2011 06:07 PM    V.12.57

Exhibit B

# Form 2
## Cash Receipts And Disbursements Record

Page: 2

| Case Number: | 08-03749 | | Trustee: | MICHAEL G. BERLAND (520196) |
| Case Name: | STEPHENS, EDWARD | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | STEPHENS, NANCY | | Account: | \*\*\*-\*\*\*\*\*24-65 - Money Market Account |
| Taxpayer ID #: | \*\*-\*\*\*3845 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 08/30/11 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 02/26/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.71 | | 44,941.05 |
| 03/31/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 2.01 | | 44,943.06 |
| 04/06/10 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0500% | 1270-000 | 0.30 | | 44,943.36 |
| 04/06/10 | | Wire out to BNYM account 9200\*\*\*\*\*\*\*2465 | Wire out to BNYM account 9200\*\*\*\*\*\*\*2465 | 9999-000 | -44,943.36 | | 0.00 |
| | | | ACCOUNT TOTALS | | 4,424.00 | 4,424.00 | $0.00 |
| | | | Less: Bank Transfers | | -44,943.36 | 0.00 | |
| | | | Subtotal | | 49,367.36 | 4,424.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $49,367.36 | $4,424.00 | |

() Asset reference(s)

Printed: 08/30/2011 06:07 PM    V.12.57

Exhibit B

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

| Case Number: | 08-03749 | | Trustee: | MICHAEL G. BERLAND (520196) |
| Case Name: | STEPHENS, EDWARD | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | STEPHENS, NANCY | | Account: | \*\*\*-\*\*\*\*\*24-66 - Checking Account |
| Taxpayer ID #: | \*\*-\*\*\*3845 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 08/30/11 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| (No Transactions on File for this Period) | | | ACCOUNT TOTALS | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | Subtotal | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $0.00 | $0.00 | |

0 Asset reference(s)

Printed: 08/30/2011 06:07 PM V.12.57

Exhibit B

# Form 2

Page: 4

## Cash Receipts And Disbursements Record

Case Number: 08-03749  
Case Name: STEPHENS, EDWARD  
STEPHENS, NANCY  
Taxpayer ID #: **-***3845  
Period Ending: 08/30/11

Trustee: MICHAEL G. BERLAND (520196)  
Bank Name: The Bank of New York Mellon  
Account: 9200-*******24-65 - Money Market Account  
Blanket Bond: $5,000,000.00 (per case limit)  
Separate Bond: N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Money Market Account Balance |
|---|---|---|---|---|---|---|---|
| 04/06/10 | | Wire in from JPMorgan Chase Bank, N.A. account ********2465 | Wire in from JPMorgan Chase Bank, N.A. account ********2465 | 9999-000 | 44,943.36 | | 44,943.36 |
| 04/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 2.15 | | 44,945.51 |
| 05/28/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 2.67 | | 44,948.18 |
| 06/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 2.59 | | 44,950.77 |
| 07/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 2.67 | | 44,953.44 |
| 08/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 2.67 | | 44,956.11 |
| 09/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.36 | | 44,956.47 |
| 10/29/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.38 | | 44,956.85 |
| 11/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.36 | | 44,957.21 |
| 12/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.38 | | 44,957.59 |
| 01/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.38 | | 44,957.97 |
| 02/28/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.34 | | 44,958.31 |
| 03/09/11 | {10} | Rathburn, Csvernyak & Kozol LLC | Partial payment of PI settlement | 1129-000 | 76,665.00 | | 121,623.31 |
| 03/17/11 | {10} | Rathburn, Czervenak & Kozol | Pyament of remainder of settlement | 1129-000 | 3,335.00 | | 124,958.31 |
| 03/30/11 | 11003 | Rathburn, Cservenyak & Kozol | Payment of special counsel attorney fees per court order | 3210-600 | | 26,640.00 | 98,318.31 |
| 03/30/11 | 11004 | Rathburn, Czervenyak & Kozol | Payment of special counsel costs per court order | 3220-610 | | 6,091.71 | 92,226.60 |
| 03/30/11 | 11005 | Nancy Stephens | Payment of PI exemption per court order Stopped on 05/09/11 | 8100-002 | | 15,000.00 | 77,226.60 |
| 03/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 2.34 | | 77,228.94 |
| 04/08/11 | 11006 | General Casualty | Payment of lien per court order Stopped on 04/08/11 | 4210-000 | | 3,350.00 | 73,878.94 |
| 04/08/11 | 11006 | General Casualty | Payment of lien per court order Stopped: check issued on 04/08/11 | 4210-000 | | -3,350.00 | 77,228.94 |
| 04/28/11 | 11007 | General Casualty | Payment of lien per court order Stopped on 04/28/11 | 2990-000 | | 3,350.00 | 73,878.94 |
| 04/28/11 | 11007 | General Casualty | Payment of lien per court order Stopped: check issued on 04/28/11 | 2990-000 | | -3,350.00 | 77,228.94 |
| 04/28/11 | 11008 | Genrerla Casualty | Payment of lien per court order | 2950-000 | | 3,335.00 | 73,893.94 |
| 04/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 2.46 | | 73,896.40 |
| 05/09/11 | 11005 | Nancy Stephens | Payment of PI exemption per court order Stopped: check issued on 03/30/11 | 8100-002 | | -15,000.00 | 88,896.40 |
| 05/12/11 | 11009 | Nancy Stephens | Personal injury exemption | 8100-002 | | 15,000.00 | 73,896.40 |
| 05/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 2.20 | | 73,898.60 |
| 06/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.60 | | 73,899.20 |
| 07/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.62 | | 73,899.82 |

Subtotals: $124,966.53   $51,066.71

{} Asset reference(s)    !-Not printed or not transmitted    Printed: 08/30/2011 06:07 PM    V.12.57

Exhibit B

# Form 2

Page: 5

## Cash Receipts And Disbursements Record

| Case Number: | 08-03749 | | Trustee: | MICHAEL G. BERLAND (520196) |
|---|---|---|---|---|
| Case Name: | STEPHENS, EDWARD | | Bank Name: | The Bank of New York Mellon |
| | STEPHENS, NANCY | | Account: | 9200-******24-65 - Money Market Account |
| Taxpayer ID #: | **-****3845 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 08/30/11 | | Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Money Market Account Balance |
|---|---|---|---|---|---|---|---|
| | | | ACCOUNT TOTALS | | 124,966.53 | 51,066.71 | $73,899.82 |
| | | | Less: Bank Transfers | | 44,943.36 | 0.00 | |
| | | | Subtotal | | 80,023.17 | 51,066.71 | |
| | | | Less: Payments to Debtors | | | 15,000.00 | |
| | | | NET Receipts / Disbursements | | $80,023.17 | $36,066.71 | |

{} Asset reference(s)     !-Not printed or not transmitted     Printed: 08/30/2011 06:07 PM     V.12.57

Exhibit B

# Form 2

Page: 6

## Cash Receipts And Disbursements Record

| Case Number: | 08-03749 | Trustee: | MICHAEL G. BERLAND (520196) |
|---|---|---|---|
| Case Name: | STEPHENS, EDWARD | Bank Name: | The Bank of New York Mellon |
|  | STEPHENS, NANCY | Account: | 9200-******24-66 - Checking Account |
| Taxpayer ID #: | **-***3845 | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 08/30/11 | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| (No Transactions on File for this Period) | | | ACCOUNT TOTALS | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | Subtotal | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $0.00 | $0.00 | |

| | |
|---|---:|
| Net Receipts : | 129,390.53 |
| Plus Gross Adjustments : | 45,689.87 |
| Less Payments to Debtor : | 15,000.00 |
| Net Estate : | $160,080.40 |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---:|---:|---:|
| MMA # ***-*****24-65 | 49,367.36 | 4,424.00 | 0.00 |
| Checking # ***-*****24-66 | 0.00 | 0.00 | 0.00 |
| MMA # 9200-******24-65 | 80,023.17 | 36,066.71 | 73,899.82 |
| Checking # 9200-******24-66 | 0.00 | 0.00 | 0.00 |
| | $129,390.53 | $40,490.71 | $73,899.82 |

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 08-03749
Case Name: STEPHENS, EDWARD
Trustee Name: MICHAEL G. BERLAND

**Balance on hand:**         $      73,899.82

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors:    $         0.00
Remaining balance:                        $    73,899.82

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - MICHAEL G. BERLAND | 11,254.02 | 0.00 | 11,254.02 |
| Trustee, Expenses - MICHAEL G. BERLAND | 168.80 | 0.00 | 168.80 |

Total to be paid for chapter 7 administration expenses:    $    11,422.82
Remaining balance:                                         $    62,477.00

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses:    $         0.00
Remaining balance:                                             $    62,477.00

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $55,050.70 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 9P-3 | Dept of the Treasury IRService | 55,050.70 | 0.00 | 55,050.70 |

Total to be paid for priority claims:    $    55,050.70
Remaining balance:                       $     7,426.30

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

**UST Form 101-7-TFR (05/1/2011)**

Timely claims of general (unsecured) creditors totaling $ 105,580.99 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 7.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 2 | Capital Recovery II | 1,117.53 | 0.00 | 78.60 |
| 3 | Capital Recovery II | 8,938.68 | 0.00 | 628.72 |
| 4 | Capital Recovery II | 2,192.62 | 0.00 | 154.22 |
| 5 | Fifth Third Bank,ATTn Bankruptcy MD#ROPSO5 | 8,588.17 | 0.00 | 604.07 |
| 6 | Fifth Third Bank,ATttn Bankrutpcy MD#ROPS05 | 10,691.02 | 0.00 | 751.98 |
| 7 | Witvoet & Co., Inc., Excavating & Trucking | 5,110.81 | 0.00 | 359.48 |
| 9U | Dept of the Treasury IRService | 18.00 | 0.00 | 1.27 |
| 10 | ProPower, | 7,653.82 | 0.00 | 538.35 |
| 11 | American Express Bank FSB | 6,475.08 | 0.00 | 455.44 |
| 12 | American Express Bank FSB c/o Beckett & Lee | 8,496.40 | 0.00 | 597.62 |
| 13 | Plumbers and Pipefitters Local 501 c/oArnold & Kadjan | 4,226.50 | 0.00 | 297.28 |
| 14 | American Express Bank FSB,c/o Beckett & Lee | 7,302.31 | 0.00 | 513.63 |
| 15 | American Express Bank FSB,c/o beckett & Lee | 9,527.97 | 0.00 | 670.17 |
| 16 -2 | eCAST Settlement assignee ofHSBC, Direct Merchants | 894.95 | 0.00 | 62.95 |
| 17 | FIA CARD SERVICES,./BANK OF AMERICA AMERICAN INFOURCE AGENT | 7,081.53 | 0.00 | 498.10 |
| 18 | FIA CARD SERVICES, ./BANK OF AMERICA AMERICAN INFOSURCE AGEN | 7,416.66 | 0.00 | 521.67 |
| 19 | FIA CARD SERVICES, /BANK OF AMERICA AMERICAN INFOSURCE AGENT | 9,848.94 | 0.00 | 692.75 |

Total to be paid for timely general unsecured claims:     $     7,426.30
Remaining balance:     $     0.00

**UST Form 101-7-TFR (05/1/2011)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

**UST Form 101-7-TFR (05/1/2011)**