# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: STEPHENS, EDWARD | § | Case No. 08-03749 |
| STEPHENS, NANCY | § | |
| | § | |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that MICHAEL G. BERLAND _____, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 S. Dearborn
Chicago, IL

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within    9 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at 09:15am on 11/18/2011 in Courtroom 201, United States Courthouse, Will County Court Annex Building
57 N. Otttawa Street, Suite 201
Joliet, IL .
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Date Mailed: __10/05/2011_____   By: __/s/ Michael G. Berland_____ _____
                                              Trustee

MICHAEL G. BERLAND
1 NORTH LASALLE STREET
STE 1775
CHICAGO, IL  60602
(312) 855-1272

**UST Form 101-7-NFR (10/1/2010)**

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: STEPHENS, EDWARD | § | Case No. 08-03749 |
| STEPHENS, NANCY | § | |
| | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

*The Final Report shows receipts of*     $     175,081.62

*and approved disbursements of*     $     101,180.58

*leaving a balance on hand of* [1]     $     73,901.04

**Balance on hand:**     $     73,901.04

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| | None | | | | |

| | |
|---|---|
| Total to be paid to secured creditors: | $     0.00 |
| Remaining balance: | $     73,901.04 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - MICHAEL G. BERLAND | 11,254.02 | 0.00 | 11,254.02 |
| Trustee, Expenses - MICHAEL G. BERLAND | 168.80 | 0.00 | 168.80 |

| | |
|---|---|
| Total to be paid for chapter 7 administration expenses: | $     11,422.82 |
| Remaining balance: | $     62,478.22 |

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

| | | | |
|---|---|---|---|
| Total to be paid for prior chapter administrative expenses: | | $ | 0.00 |
| Remaining balance: | | $ | 62,478.22 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $55,050.70 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 9P-3 | Dept of the Treasury IRService | 55,050.70 | 0.00 | 55,050.70 |

| | | | |
|---|---|---|---|
| Total to be paid for priority claims: | | $ | 55,050.70 |
| Remaining balance: | | $ | 7,427.52 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 112,580.99 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 6.6 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 2 | Capital Recovery II | 1,117.53 | 0.00 | 78.60 |
| 3 | Capital Recovery II | 8,938.68 | 0.00 | 628.72 |
| 4 | Capital Recovery II | 2,192.62 | 0.00 | 154.22 |
| 5 | Fifth Third Bank,ATTn Bankruptcy MD#ROPSO5 | 8,588.17 | 0.00 | 604.07 |
| 6 | Fifth Third Bank,ATttn Bankrutpcy MD#ROPS05 | 10,691.02 | 0.00 | 751.98 |
| 7 | Witvoet & Co., Inc., Excavating & Trucking | 5,110.81 | 0.00 | 359.48 |
| 9U | Dept of the Treasury IRService | 18.00 | 0.00 | 1.27 |
| 10 | ProPower, | 7,653.82 | 0.00 | 538.35 |
| 11 | American Express Bank FSB | 6,475.08 | 0.00 | 455.44 |

**UST Form 101-7-NFR (10/1/2010)**

| 12 | American Express Bank FSB c/o Beckett & Lee | 8,496.40 | 0.00 | 597.62 |
| 13 | Plumbers and Pipefitters Local 501 c/oArnold & Kadjan | 4,226.50 | 0.00 | 297.28 |
| 14 | American Express Bank FSB,c/o Beckett & Lee | 7,302.31 | 0.00 | 513.63 |
| 15 | American Express Bank FSB,c/o beckett & Lee | 9,527.97 | 0.00 | 670.17 |
| 16 -2 | eCAST Settlement assignee ofHSBC, Direct Merchants | 894.95 | 0.00 | 62.95 |
| 17 | FIA CARD SERVICES,./BANK OF AMERICA AMERICAN INFOURCE AGENT | 7,081.53 | 0.00 | 498.10 |
| 18 | FIA CARD SERVICES, ./BANK OF AMERICA AMERICAN INFOSOURCE AGEN | 7,416.66 | 0.00 | 521.67 |
| 19 | FIA CARD SERVICES, /BANK OF AMERICA AMERICAN INFOSOURCE AGENT | 9,848.94 | 0.00 | 692.75 |
| 20 | Eric Binder | 7,000.00 | 0.00 | 0.00 |

Total to be paid for timely general unsecured claims: $     7,426.30
Remaining balance: $     1.22

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $     0.00
Remaining balance: $     1.22

**UST Form 101-7-NFR (10/1/2010)**

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims
ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid
*pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid
in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent,
plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims
ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | None | | | |

| | | | |
|---|---|---|---|
| | Total to be paid for subordinated claims: | $ | 0.00 |
| | Remaining balance: | $ | 1.22 |

Prepared By:   /s/MICHAEL G. BERLAND

Michael G Berland

MICHAEL G. BERLAND
1 NORTH LASALLE STREET
STE 1775
CHICAGO, IL  60602
(312) 855-1272

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction
Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                          Case No. 08-03749-BWB
Edward Stephens                                                                 Chapter 7
Nancy Stephens
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: nmolina          Page 1 of 2          Date Rcvd: Oct 06, 2011
                             Form ID: pdf006         Total Noticed: 53


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 08, 2011.
```
db/jdb      +Edward Stephens,   Nancy Stephens,   28800 S. Egyptian Trail,   Peotone, IL 60468-9374
11962146    +American Express,   PO BOX 0001,   Los Angeles, CA 90096-8000
11962145     American Express Bank FSB,   P O Box 3001,   Malvern, PA 19355-0701
12210840     American Express Bank FSB,   c o Becket and Lee LLP,   POB 3001,   Malvern PA 19355-0701
11962149     American International Co.,   22427 Network Place,   Chicago, IL 60673-1224
11962151    +Arnold and Kadjan,   19 W. Jackson Blvd,   Chicago, IL 60604-3915
11962152     Auburn Supply Co.,   3850 W. 167th St.,   Markham, IL 60428-5306
11962160    +BP Oil / Citibank,   Attn: Bankruptcy,   Po Box 20363,   Kansas City, MO 64195-0363
11962153    +Bank Of America,   Nc-105-03-14,   4161 Peidmont Parkway,   Greensboro, NC 27410-8110
11962157     Bank of America,   PO BOX 15726,   Wilmington, DE 19886-5726
11962154     Bank of America,   Nc4-105-03-14,   4161 Peidmont Pwy,   Greensboro, NC 27420
11962161    +C & M Pipe,   19800 Stoney Island Avenue,   Chicago Heights, IL 60411-8671
11962162   ++CAPITAL ONE,   PO BOX 30285,   SALT LAKE CITY UT 84130-0285
             (address filed with court:  Capital 1 Bank,   Attn: C/O TSYS Debt Management,   Po Box 5155,
             Norcross, GA 30091)
11962166   ++CHASE CARD SERVICES,   201 NORTH WALNUT STREET,   ATTN MARK PASCALE,   MAIL STOP DE1-1406,
             WILMINGTON DE 19801-2920
             (address filed with court:  Chase,   Attn: Credit Bureau Updates,   Po Box 15919,
             Wilmington, DE 19850)
11962164    +Capitol Insurance Companies,   1600 Aspen Commons,   Middleton, WI 53562-4718
11962167     Chase Card services,   Po Box 15298,   Wilmington, DE 19850-5298
11962168    +Citizens Bank,   328 South Saginaw St,   Mail code #003052,   Flint, MI 48502-1940
11962169     Collect Corp,   PO Box 100789,   Birmingham, AL 35210-0789
11962170    +Crawford Supply Company,   9645 W. Willow Lane,   Mokena, IL 60448-9394
11962172    +DEX,   Customer Care,   1615 Bluff City Highway,   Bristol, TN 37620-6055
11962171    +Daryl Gasaway,   1644 Elms Court Lane,   Crete, IL 60417-4404
11962188     Dept of the Treasury IRService,   P.O. Box 7346,   Philadelphia, PA 19101-7346
11962173    +Direct Merchants Bank,   Attn: HSBC Card Member Services,   Po Box 5246,
             Carol Stream, IL 60197-5246
11992785   ++FORD MOTOR CREDIT COMPANY,   PO BOX 6275,   DEARBORN MI 48121-6275
             (address filed with court:  Ford Motor Credit Company LLC,   P.O. Box 537901,
             Livonia, MI  48153-9905)
11962180   ++FORD MOTOR CREDIT COMPANY,   PO BOX 6275,   DEARBORN MI 48121-6275
             (address filed with court:  Ford Motor Credit Corporation,
             Ford Credit National Bankruptcy Center,   Po Box 537901,   Livonia, MI 48153)
11962175    +Fifth Third Bank,   5050 Kingsley Dr.,   Cincinnati, OH 45227-1115
11962178    +Fifth Third Bank,   1850 E. Paris,   MD: ROPS05,   Grand Rapids, MI 49546-6253
12175665    +Fifth Third Bank,   Attn: Bankruptcy Department/MD#ROPS05,   1850 E Paris SE,
             Grand Rapids MI 49546-6210
11962174     Fifth Third Bank,   1850 East Paris,   Mdropso5 C/O Bankruptcy Dept,   Grand Rapids, MI 49546
11962181    +Fst Com Bnk,   1111 Dixie Hwy Po Box 457,   Beecher, IL 60401-0457
11962185    +Greenberg, Grant & Richards,   5858 Westheimer Road Ste. 500,   Houston, TX 77057-5645
11962186     HD Supply Waterworks, Ltd.,   Po Box 91036,   Chicago, IL 60693-1036
11962187     Home Depot Credit Services,   PO BOX 6029,   The Lakes, NV 88901-6029
11962189    +Leep's Supply- Merrillville,   8001 Tyler St.,   Merrillville, IN 46410-5345
11962190    +Lewis, Overbeck & Furman, LLP,   20 N. Clark St, Ste. 3200,   Chicago, IL 60602-5093
11962192     Metropolitan Corp,   141 Matteson St., Ste. A,   Dyer, IN 46311-3100
11962194    +Northern Illinois Benefits Fund,   c/o Arnold & Kadjan,   19 W. Jackson Blvd,
             Chicago, IL 60604-3926
12227268    +Plumbers and Pipefitters Local 501 NIBF,   c/o Arnold & Kadjan - Philip Brzozowski,
             19 W. Jackson Blvd., Suite 300,   Chicago, IL 60604-3910
11962195    +ProPower,,   1684 Reliable Parkway,   Chicago, IL 60686-0016
11962196     Rockford Mutual Ins. Co.,   PO Box 5626,   Rockford, IL 61125-0626
11962198    +The BlueBook Building & Constructio,   PO Box 500,   Jefferson Valley, NY 10535-0500
11962199    +Tom Gasaway,   24339 S. Meadowood Road,   Crete, IL 60417-9650
11962201    +Witvoet & Co., Inc.,   Excavating & Trucking,   2437 183rd St.,   Lansing, IL 60438-2717
12358650     eCAST Settlement Corporation assignee of,   HSBC Bank NA Direct Merchants,   Credit Card Bank NA,
             POB 35480,   Newark NJ 07193-5480
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
12642686    +E-mail/PDF: rmscedi@recoverycorp.com Oct 07 2011 03:42:19   Capital Recovery II,
             25 SE 2nd Avenue, Suite 1120,   Miami, FL 33131-1605
12409180    +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Oct 07 2011 03:40:54
             FIA CARD SERVICES, N.A./BANK OF AMERICA,   by American InfoSource L.P. as its agent,
             4515 N Santa Fe Ave,   Oklahoma City, OK 73118-7901
12140079     E-mail/PDF: gecsedi@recoverycorp.com Oct 07 2011 03:42:18   GE Consumer Finance,
             For GE Money Bank,   dba LENSCRAFTERS/GEMB,   PO Box 960061,   Orlando FL 32896-0661
12140120     E-mail/PDF: gecsedi@recoverycorp.com Oct 07 2011 03:42:18   GE Consumer Finance,
             For GE Money Bank,   dba SELECT COMFORT/GEMB,   PO Box 960061,   Orlando FL 32896-0661
11962182    +E-mail/PDF: gecsedi@recoverycorp.com Oct 07 2011 03:42:19   Gemb/sams Club Dc,   Po Box 981400,
             El Paso, TX 79998-1400
11962183    +E-mail/PDF: gecsedi@recoverycorp.com Oct 07 2011 03:42:18   Gemb/select Comfort,
             Po Box 981439,   El Paso, TX 79998-1439
```

```
District/off: 0752-1          User: nmolina          Page 2 of 2          Date Rcvd: Oct 06, 2011
                             Form ID: pdf006          Total Noticed: 53
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

```
12052506      E-mail/PDF: rmscedi@recoverycorp.com Oct 07 2011 03:42:19
              Recovery Management Systems Corporation,   25 S.E. 2nd Avenue, Suite 1120,
              Miami, FL 33131-1605
12140081     +E-mail/PDF: rmscedi@recoverycorp.com Oct 07 2011 03:42:19
              Recovery Management Systems Corporation,   For GE Money Bank,   dba SAM'S CLUB DISCOVER,
              25 SE 2nd Ave Ste 1120,   Miami FL 33131-1605
11962197     +E-mail/Text: Bankruptcy@icsystem.com Oct 07 2011 01:50:23     Sprint,   c/o IC System Inc,
              444 Highway 96 East,   Saint Paul, MN 55127-2557
                                                                                TOTAL: 9
```

```
              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
11962147*    +American Express,   PO BOX 0001,   Los Angeles, CA 90096-8000
11962148*    +American Express,   PO BOX 0001,   Los Angeles, CA 90096-8000
12333744*     American Express Bank FSB,   c o Becket and Lee LLP,   POB 3001,   Malvern PA 19355-0701
12210841*     American Express Bank FSB,   c o Becket and Lee LLP,   POB 3001,   Malvern PA 19355-0701
12259625*     American Express Bank FSB,   c o Becket and Lee LLP,   POB 3001,   Malvern PA 19355-0701
11962155*     Bank of America,   Nc4-105-03-14,   4161 Peidmont Pwy,   Greensboro, NC 27420
11962156*     Bank of America,   Nc4-105-03-14,   4161 Peidmont Pwy,   Greensboro, NC 27420
11962163*    ++CAPITAL ONE,   PO BOX 30285,   SALT LAKE CITY UT 84130-0285
              (address filed with court: Capital 1 Bank,   Attn: C/O TSYS Debt Management,   Po Box 5155,
              Norcross, GA 30091)
11962176*    +Fifth Third Bank,   5050 Kingsley Dr,   Cincinnati, OH 45227-1115
11962177*    +Fifth Third Bank,   5050 Kingsley Dr,   Cincinnati, OH 45227-1115
11962179*    +Fifth Third Bank,   1850 E. Paris,   MD: ROPS05,   Grand Rapids, MI 49546-6253
11962150     ##+Appel & Kelly, Ltd.,   18607 S. Torrence Avenue,   Lansing, IL 60438-2833
11962158     ##Bank of America,   PO BOX 15184,   Wilmington, DE 19850-5184
11962159     ##+Bidclerk,   111 W. Washington st., Ste. 450,   Chicago, IL 60602-2817
11962165     ##Card Services,   PO BOX 15137,   Wilmington, DE 19850-5137
11962184     ##+Gene Wren Construction Company,   590 S. Kankakee St.,   PO Box,   Coal City, IL 60416-1787
11962191     ##+M. Cooper Supply Co.,   15657 S. 70th Court,   Orland Park, IL 60462-5107
11962193     ##+Mutual Hospital Services,   Po Box 19828,   Indianapolis, IN 46219-0828
11962200     ##+United Rentals, Inc.,   9610 W. 194th St.,   Mokena, IL 60448-9347
                                                                     TOTALS: 0, * 11, ## 8
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 08, 2011**          **Signature:**   *Joseph Speetjens*