# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF

In re:                              §
                                    §
STEPHENS, EDWARD                    §        Case No. 08-03749
STEPHENS, NANCY                     §
                                    §
              Debtor(s)             §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

MICHAEL G. BERLAND, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned:                          Assets Exempt:
(Without deducting any secured claims)


Total Distributions to Claimants:          Claims Discharged
                                           Without Payment:


Total Expenses of Administration:

3) Total gross receipts of $                (see **Exhibit 1**), minus funds paid to the debtor and third parties of $                (see **Exhibit 2**), yielded net receipts of $                from the liquidation of the property of the estate, which was distributed as follows:

|                                                                              | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|------------------------------------------------------------------------------|:----------------:|:---------------:|:--------------:|:-----------:|
| SECURED CLAIMS (from **Exhibit 3**)                                          | $                | $               | $              | $           |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**)      |                  |                 |                |             |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**)                   |                  |                 |                |             |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**)                               |                  |                 |                |             |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**)                                |                  |                 |                |             |
| **TOTAL DISBURSEMENTS**                                                      | $                | $               | $              | $           |

4)  This case was originally filed under chapter   on        .  The case was pending for    months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____   By:/s/MICHAEL G. BERLAND _____
                                          Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| | | |
| | | |
| | | |
| TOTAL GROSS RECEIPTS | | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Nancy Stephens | | | |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES | | | $ |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | FORD MOTOR CREDIT COMPANY LLC | | | | | |
| | Payoff of mortgage | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| MICHAEL G. BERLAND | | | | | |
| MICHAEL G. BERLAND | | | | | |
| 1nd & 2nd installment 2007 taxes | | | | | |
| Closing fee title company | | | | | |
| County taxes | | | | | |
| Recording fees | | | | | |
| State of Illinois registration to T | | | | | |
| State tax | | | | | |
| Title insurance | | | | | |
| Internal Revenue Service | | | | | |
| Genrerla Casualty | | | | | |
| Rathburn, Cservenyak & Kozol | | | | | |
| Rathburn, Czervenyak & Kozol | | | | | |
| Gloria Longest | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Real estate commission | | | | | |
| Surveyor | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Internal Revenue Service P.O. Box 21126 Philadelphia, PA 19114 | | | | | |
| 8 | CAPITOL INSURANCE COMPANIES | | | | | |
| | County taxes | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 9P-3 | DEPT OF THE TREASURY IRSERVICE | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | American International Co. 22427 Network Place Chicago, IL 60673-1224 | | | | | |
| | Appel & Kelly, Ltd. 18607 S. Torrence Avenue Lansing, IL 60438 | | | | | |
| | Auburn Supply Co. 3850 W. 167th St. Markham, IL 60428-5306 | | | | | |
| | BP Oil / Citibank Attn: Bankruptcy Po Box 20363 Kansas City, MO 64195 | | | | | |
| | Bank Of America Nc-105-03-14 4161 Peidmont Parkway Greensboro, NC 27420 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bank of America PO BOX 15184 Wilmington, DE 19850-5184 | | | | | |
| | Bank of America PO BOX 15726 Wilmington, DE 19886-5726 | | | | | |
| | Bidclerk 111 W. Washington st., Ste. 450 Chicago, IL 60602 | | | | | |
| | C & M Pipe 19800 Stoney Island Avenue Chicago Heights, IL 60411 | | | | | |
| | Capitol Insurance Companies 1600 Aspen Commons Middleton, WI 53562-4719 | | | | | |
| | Chase Attn: Credit Bureau Updates Po Box 15919 Wilmington, DE 19850 | | | | | |
| | Chase Card services Po Box 15298 Wilmington, DE 19850-5298 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Chicago Journeymen Plumbers' Local Union 130 1340 W. Washington Blvd Chicago, IL 60607 | | | | | |
| | Collect Corp PO Box 100789 Birmingham, AL 35210-0789 | | | | | |
| | Crawford Supply Company 9645 W. Willow Lane Mokena, IL 60448 | | | | | |
| | DEX Customer Care 1615 Bluff City Highway Bristol, TN 37620 | | | | | |
| | Daryl Gasaway 1644 Elms Court Lane Crete, IL 60417 | | | | | |
| | Direct Merchants Bank Attn: HSBC Card Member Services Po Box 5246 Carol Stream, IL 60197 | | | | | |
| | Fifth Third Bank 1850 E. Paris MD: ROPS05 Grand Rapids, MI 49546 | | | | | |
| | Fifth Third Bank 1850 E. Paris MD: ROPS05 Grand Rapids, MI 49546 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Fifth Third Bank 5050 Kingsley Dr Cincinnati, OH 45263 | | | | | |
| | Fst Com Bnk 1111 Dixie Hwy Po Box 457 Beecher, IL 60401 | | | | | |
| | Gemb/sams Club Dc Po Box 981400 El Paso, TX 79998 | | | | | |
| | Gemb/select Comfort Po Box 981439 El Paso, TX 79998 | | | | | |
| | Gene Wren Construction Company 590 S. Kankakee St. PO Box Coal City, IL 60416 | | | | | |
| | HD Supply Waterworks, Ltd. Po Box 91036 Chicago, IL 60693-1036 | | | | | |
| | Home Depot Credit Services PO BOX 6029 The Lakes, NV 88901-6029 | | | | | |
| | Leep's Supply- Merrillville 8001 Tyler St. Merrillville, IN 46410 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Lewis, Overbeck & Furman, LLP 20 N. Clark St, Ste. 3200 Chicago, IL 60602 | | | | | |
| | M. Cooper Supply Co. 15657 S. 70th Court Orland Park, IL 60462 | | | | | |
| | Metropolitan Corp 141 Matteson St., Ste. A Dyer, IN 46311 | | | | | |
| | Mutual Hospital Services Po Box 19828 Indianapolis, IN 46219 | | | | | |
| | Northern Illinois Benefits Fund c/o Arnold & Kadjan 19 W. Jackson Blvd Chicago, IL 60604 | | | | | |
| | Plumbers & Pipefitters Local 422 c/o First Midwest Bank 50 W. Jefferson Joliet, IL 60432 | | | | | |
| | Plumbers & Pipefitters Local 501 1295 Butterfield Road Aurora, IL 60502 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Plumbers' Welfare Fund Local 130 1340 W. Washington Chicago, IL 60607 |  |  |  |  |  |
|  | Rockford Mutual Ins. Co. PO Box 5626 Rockford, IL 61125-0626 |  |  |  |  |  |
|  | Sprint c/o IC System Inc 444 Highway 96 East Saint Paul, MN 55164 |  |  |  |  |  |
|  | The BlueBook Building & Constructio PO Box 500 Jefferson Valley, NY 10535 |  |  |  |  |  |
|  | Tom Gasaway 24339 S. Meadowood Road Crete, IL 60417 |  |  |  |  |  |
|  | United Rentals, Inc. 9610 W. 194th St. Mokena, IL 60448 |  |  |  |  |  |
| 11 | AMERICAN EXPRESS BANK FSB |  |  |  |  |  |
| 12 | AMERICAN EXPRESS BANK FSB C/O BECKE |  |  |  |  |  |
| 14 | AMERICAN EXPRESS BANK FSB,C/O BECKE |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 15 | AMERICAN EXPRESS BANK FSB,C/O BECKE | | | | | |
| 2 | CAPITAL RECOVERY II | | | | | |
| 3 | CAPITAL RECOVERY II | | | | | |
| 4 | CAPITAL RECOVERY II | | | | | |
| | CLERK OF BANKRUPTCY COURT | | | | | |
| 9U | DEPT OF THE TREASURY IRSERVICE | | | | | |
| 16 -2 | ECAST SETTLEMENT ASSIGNEE OFHSBC, D | | | | | |
| 16 | ECAST SETTLEMENT N ASSIGNEE OF HSBC | | | | | |
| 18 | FIA CARD SERVICES, ./BANK OF AMERIC | | | | | |
| 19 | FIA CARD SERVICES, /BANK OF AMERICA | | | | | |
| 17 | FIA CARD SERVICES,./BANK OF AMERICA | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 5 | FIFTH THIRD BANK,ATTN BANKRUPTCY MD | | | | | |
| 6 | FIFTH THIRD BANK,ATTTN BANKRUTPCY M | | | | | |
| 13 | PLUMBERS AND PIPEFITTERS LOCAL 501 | | | | | |
| 10 | PROPOWER, | | | | | |
| 7 | WITVOET & CO., INC., EXCAVATING & T | | | | | |
| | TOTAL GENERAL UNSECURED CLAIMS | | $ | $ | $ | $ |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

Exhibit 8

| | |
|---|---|
| Case No: | 08-03749   BL   Judge: Bruce W. Black |
| Case Name: | STEPHENS, EDWARD |
| | STEPHENS, NANCY |
| For Period Ending: | 08/20/12 |

| | |
|---|---|
| Trustee Name: | MICHAEL G. BERLAND |
| Date Filed (f) or Converted (c): | 02/19/08 (f) |
| 341(a) Meeting Date: | 04/10/08 |
| Claims Bar Date: | 07/14/08 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Vacant Lot, King & Exchange, Crete,-scheduled | 250,000.00 | 0.00 | | 95,000.00 | FA |
| 2. Charter One-scheduled | 900.00 | 0.00 | DA | 0.00 | FA |
| 3. Misc. personal property & household good-schedul | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 4. Clothing-scheduled | 375.00 | 0.00 | DA | 0.00 | FA |
| 5. Misc. jewelry-scheduled | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 6. Local 130 Pension/401K-scheduled | 72,000.00 | 0.00 | DA | 0.00 | FA |
| 7. Beaver Plumbing Services, Inc-sch | Unknown | 0.00 | DA | 0.00 | FA |
| 8. Surety Bond Fifth Third Bank 346 Carol Lane -sch | 15,000.00 | 0.00 | DA | 0.00 | FA |
| This is  potentially an asset of the corporate bankruptcy case, Beaver Plumbing, and not  the individual case. | | | | | |
| 9. Beaver Plumbing Accounts Receivable-scheduled | 60,000.00 | 0.00 | DA | 0.00 | FA |
| This is potentially  an asset of corporate case, Beaver Plumbing, but  not the  individual case. | | | | | |
| 10. Nancy Stephens Personal Injury Claim-scheduled | 100,000.00 | Unknown | | 80,000.00 | FA |
| 11. 2000 Ford E-250 Van Surrender-scheduled | 4,395.00 | 0.00 | DA | 0.00 | FA |
| 12. 2000 Ford E-150-scheduled | 800.00 | 0.00 | DA | 0.00 | FA |
| 13. 1980 Pines Semi Trailer-scheduled | 800.00 | 0.00 | DA | 0.00 | FA |
| 14. 1993 Dodge Ram Van-scheduled | 100.00 | 0.00 | DA | 0.00 | FA |
| 15. 1995 GMC Sierra Pick Up-scheduled | 1,500.00 | 0.00 | DA | 0.00 | FA |
| 16. 1957 Chevy Belair- Not running-scheduled | 500.00 | 0.00 | DA | 0.00 | FA |
| 17. 1993 Honey Bear Motor Home-scheduled | 10,000.00 | 0.00 | DA | 0.00 | FA |
| 18. 2004 Ford Explorer XLT 60,000 miles-scheduled | 16,275.00 | 0.00 | DA | 0.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 82.52 | FA |

Gross Value of Remaining Assets

| | | | | | |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $534,645.00 | $0.00 | | $175,082.52 | $0.00 |

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page:   2

Exhibit 8

| Case No: | 08-03749   BL   Judge: Bruce W. Black | Trustee Name: | MICHAEL G. BERLAND |
|---|---|---|---|
| Case Name: | STEPHENS, EDWARD | Date Filed (f) or Converted (c): | 02/19/08 (f) |
| | STEPHENS, NANCY | 341(a) Meeting Date: | 04/10/08 |
| | | Claims Bar Date: | 07/14/08 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

   The Trustee filed a Motion To Employ Broker, which was granted. The Trustee filed a Motion To Sell Vacant Land, which was granted. The Trustee has filed tax returns. The Trustee employed special counsel to prosecute a PI action,  which was just resolved by aribtration. The Trustee received the monies from the arbitration award. The Trustee filed his Final Report and made the distribution to creditors.

Initial Projected Date of Final Report (TFR): 12/31/12        Current Projected Date of Final Report (TFR): 12/31/12

FORM 2    Page: 1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 08-03749  -BL |
| Case Name: | STEPHENS, EDWARD |
| | STEPHENS, NANCY |
| Taxpayer ID No: | *******3845 |
| For Period Ending: | 08/20/12 |

| | |
|---|---|
| Trustee Name: | MICHAEL G. BERLAND |
| Bank Name: | The Bank of New York Mellon |
| Account Number / CD #: | *******2465  Money Market Account |
| | |
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 04/06/10 | | Wire in from JPMorgan Chase Bank, N.A. account 312171212465 | Wire in from JPMorgan Chase Bank, N.A. account 312171212465 | 9999-000 | 44,943.36 | | 44,943.36 |
| 04/30/10 | INT | The Bank of New York Mellon | Interest posting at  0.0700% | 1270-000 | 2.15 | | 44,945.51 |
| 05/28/10 | INT | The Bank of New York Mellon | Interest posting at  0.0700% | 1270-000 | 2.67 | | 44,948.18 |
| 06/30/10 | INT | The Bank of New York Mellon | Interest posting at  0.0700% | 1270-000 | 2.59 | | 44,950.77 |
| 07/30/10 | INT | The Bank of New York Mellon | Interest posting at  0.0700% | 1270-000 | 2.67 | | 44,953.44 |
| 08/31/10 | INT | The Bank of New York Mellon | Interest posting at  0.0700% | 1270-000 | 2.67 | | 44,956.11 |
| 09/30/10 | INT | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.36 | | 44,956.47 |
| 10/29/10 | INT | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.38 | | 44,956.85 |
| 11/30/10 | INT | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.36 | | 44,957.21 |
| 12/31/10 | INT | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.38 | | 44,957.59 |
| 01/31/11 | INT | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.38 | | 44,957.97 |
| 02/28/11 | INT | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.34 | | 44,958.31 |
| 03/09/11 | 10 | Rathburn, Csvernyak & Kozol LLC | Partial payment of PI settlement DEPOSIT CHECK #7852 | 1129-000 | 76,665.00 | | 121,623.31 |
| 03/17/11 | 10 | Rathburn, Czervenak & Kozol | Pyament of remainder of settlement DEPOSIT CHECK #7861 | 1129-000 | 3,335.00 | | 124,958.31 |
| 03/30/11 | 011003 | Rathburn, Cservenyak & Kozol | Payment of special counsel attorney fees per court order | 3210-600 | | 26,640.00 | 98,318.31 |
| 03/30/11 | 011004 | Rathburn, Czervenyak & Kozol | Payment of special counsel costs per court order | 3220-610 | | 6,091.71 | 92,226.60 |
| *  03/30/11 | 011005 | Nancy Stephens | Payment of PI exemption per court order Debtor's attorney -check was received ,forwarded to debtor on March 31, 2011 | 8100-004 | | 15,000.00 | 77,226.60 |
| 03/31/11 | INT | The Bank of New York Mellon | Interest posting at  0.0300% | 1270-000 | 2.34 | | 77,228.94 |
| *  04/08/11 | 011006 | General Casualty | Payment of lien per court order Check will be reissued for $3,335 | 4210-004 | | 3,350.00 | 73,878.94 |

| | | |
|---|---|---|
| Page Subtotals | 124,960.65 | 51,081.71 |

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 16)*

Ver: 16.06d

FORM 2                                                                          Page:   2
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**                              Exhibit 9

| | | |
|---|---|---|
| Case No: | 08-03749  -BL | |
| Case Name: | STEPHENS, EDWARD | |
| | STEPHENS, NANCY | |
| Taxpayer ID No: | *******3845 | |
| For Period Ending: | 08/20/12 | |

| | |
|---|---|
| Trustee Name: | MICHAEL G. BERLAND |
| Bank Name: | The Bank of New York Mellon |
| Account Number / CD #: | *******2465  Money Market Account |
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| | Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| * | 04/08/11 | 011006 | General Casualty | STOP PAYMENT | 4210-004 | | -3,350.00 | 77,228.94 |
| | | | | Payment of lien per court order | | | | |
| | | | | Check will be reissued for $3,335 | | | | |
| * | 04/28/11 | 011007 | General Casualty | Payment of lien per court order | 2990-004 | | 3,350.00 | 73,878.94 |
| * | 04/28/11 | 011007 | General Casualty | STOP PAYMENT | 2990-004 | | -3,350.00 | 77,228.94 |
| | | | | Payment of lien per court order | | | | |
| | 04/28/11 | 011008 | Genrerla Casualty | Payment of lien per court order | 2950-000 | | 3,335.00 | 73,893.94 |
| | 04/29/11 | INT | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 2.46 | | 73,896.40 |
| * | 05/09/11 | 011005 | Nancy Stephens | STOP PAYMENT | 8100-004 | | -15,000.00 | 88,896.40 |
| | | | | Payment of PI exemption per court | | | | |
| | | | | Debtor's attorney -check was received ,forwarded to | | | | |
| | | | | debtor on March 31, 2011 | | | | |
| | 05/12/11 | 011009 | Nancy Stephens | Personal injury exemption | 8100-002 | | 15,000.00 | 73,896.40 |
| | 05/31/11 | INT | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 2.20 | | 73,898.60 |
| | 06/30/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.60 | | 73,899.20 |
| | 07/29/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.62 | | 73,899.82 |
| | 08/31/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.62 | | 73,900.44 |
| | 09/30/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.60 | | 73,901.04 |
| | 10/31/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.62 | | 73,901.66 |
| | 11/14/11 | INT | The Bank of New York Mellon | Current Interest Rate is 0.0100% | 1270-000 | 0.28 | | 73,901.94 |
| | 11/14/11 | | To Acct #*******2466 | Transfer for final distribution | 9999-000 | | 73,901.94 | 0.00 |

Page Subtotals             8.00          73,886.94

Ver: 16.06d

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 17)*

FORM 2

Page:   3

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| Case No: | 08-03749  -BL | |
| Case Name: | STEPHENS, EDWARD | |
| | STEPHENS, NANCY | |
| Taxpayer ID No: | *******3845 | |
| For Period Ending: | 08/20/12 | |

| | |
|---|---|
| Trustee Name: | MICHAEL G. BERLAND |
| Bank Name: | The Bank of New York Mellon |
| Account Number / CD #: | *******2465  Money Market Account |
| | |
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | Memo Allocation Receipts: | 0.00 | COLUMN TOTALS | | 124,968.65 | 124,968.65 | 0.00 |
| | | Memo Allocation Disbursements: | 0.00 | Less:  Bank Transfers/CD's | | 44,943.36 | 73,901.94 | |
| | | | | Subtotal | | 80,025.29 | 51,066.71 | |
| | | Memo Allocation Net: | 0.00 | Less:  Payments to Debtors | | | 15,000.00 | |
| | | | | Net | | 80,025.29 | 36,066.71 | |

Page Subtotals                    0.00              0.00

Ver: 16.06d

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 18)*

FORM 2

Page:   4

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| Case No: | 08-03749  -BL | |
| Case Name: | STEPHENS, EDWARD | |
| | STEPHENS, NANCY | |
| Taxpayer ID No: | *******3845 | |
| For Period Ending: | 08/20/12 | |

| | | |
|---|---|---|
| Trustee Name: | MICHAEL G. BERLAND | |
| Bank Name: | The Bank of New York Mellon | |
| Account Number / CD #: | *******2466  Checking Account | |
| | | |
| Blanket Bond (per case limit): | $  5,000,000.00 | |
| Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 11/14/11 | | From Acct #*******2465 | Transfer for final distribution | 9999-000 | 73,901.94 | | 73,901.94 |
| 11/22/11 | 010101 | MICHAEL G. BERLAND<br>1 NORTH LASALLE STREET<br>STE 1775<br>CHICAGO, IL  60602 | Dividend paid 100.00% on<br>$11,254.02, Trustee Compensation;  Reference: | 2100-000 | | 11,254.02 | 62,647.92 |
| 11/22/11 | 010102 | MICHAEL G. BERLAND<br>1 NORTH LASALLE STREET<br>STE 1775<br>CHICAGO, IL  60602 | Dividend paid 100.00% on $168.80,<br>Trustee Expenses;  Reference: | 2200-000 | | 168.80 | 62,479.12 |
| 11/22/11 | 010103 | Dept of the Treasury IRService<br>P.O. Box 7346<br>Philadelphia, PA  19101-7346 | Dividend paid 100.00% on<br>$55,050.70; Claim# 9P-3; Filed: $55,050.70;<br>Reference: | 5800-000 | | 55,050.70 | 7,428.42 |
| 11/22/11 | 010104 | Capital Recovery II<br>25 SE 2nd Avenue, Suite 1120<br>Miami, FL  33131 | Dividend paid  7.03% on<br>$1,117.53; Claim# 2; Filed: $1,117.53; Reference: | 7100-000 | | 78.63 | 7,349.79 |
| 11/22/11 | 010105 | Capital Recovery II<br>25 SE 2nd Avenue, Suite 1120<br>Miami, FL  33131 | Dividend paid  7.03% on<br>$8,938.68; Claim# 3; Filed: $8,938.68; Reference: | 7100-000 | | 628.90 | 6,720.89 |
| 11/22/11 | 010106 | Capital Recovery II<br>25 SE 2nd Avenue, Suite 1120<br>Miami, FL  33131 | Dividend paid  7.03% on<br>$2,192.62; Claim# 4; Filed: $2,192.62; Reference: | 7100-000 | | 154.27 | 6,566.62 |
| 11/22/11 | 010107 | Fifth Third Bank,ATTn Bankruptcy MD#ROPSO5<br>1850 E Paris SE<br>Grand Rapids, MI  49546 | Dividend paid  7.03% on<br>$8,588.17; Claim# 5; Filed: $8,588.17; Reference: | 7100-000 | | 604.24 | 5,962.38 |
| 11/22/11 | 010108 | Fifth Third Bank,ATttn Bankrutpcy MD#ROPS05<br>1850 E Paris SE<br>Grand Rapids, MI  49546 | Dividend paid  7.03% on<br>$10,691.02; Claim# 6; Filed: $10,691.02; Reference: | 7100-000 | | 752.19 | 5,210.19 |
| 11/22/11 | 010109 | Witvoet & Co., Inc., Excavating & Trucking<br>2437 183rd St. | Dividend paid  7.03% on<br>$5,110.81; Claim# 7; Filed: $5,110.81; Reference: | 7100-000 | | 359.58 | 4,850.61 |

| | | |
|---|---|---|
| Page Subtotals | 73,901.94 | 69,051.33 |

FORM 2                                                                                    Page:   5

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**                                         Exhibit 9

| Case No: | 08-03749  -BL | | | Trustee Name: | MICHAEL G. BERLAND |
| Case Name: | STEPHENS, EDWARD | | | Bank Name: | The Bank of New York Mellon |
| | STEPHENS, NANCY | | | Account Number / CD #: | *******2466  Checking Account |
| Taxpayer ID No: | *******3845 | | | | |
| For Period Ending: | 08/20/12 | | | Blanket Bond (per case limit): | $  5,000,000.00 |
| | | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| | | Lansing, IL  60438 | | | | |
| 11/22/11 | 010110 | Dept of the Treasury IRService<br>P.O. Box 7346<br>Philadelphia, PA  19101-7346 | Dividend paid  7.03% on $18.00;<br>Claim# 9U; Filed: $18.00; Reference: | 7100-000 | | 1.27 | 4,849.34 |
| * 11/22/11 | 010111 | ProPower,<br>1684 Reliable Parkway<br>Chicago, IL  60686 | Dividend paid  7.03% on<br>$7,653.82; Claim# 10; Filed: $7,653.82; Reference:<br>Check returned-no forwarding address | 7100-004 | | 538.50 | 4,310.84 |
| 11/22/11 | 010112 | American Express Bank FSB<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA  19355-0701 | Dividend paid  7.03% on<br>$6,475.08; Claim# 11; Filed: $6,475.08; Reference: | 7100-000 | | 455.57 | 3,855.27 |
| 11/22/11 | 010113 | American Express Bank FSB c/o Beckett & Lee<br>POB 3001<br>Malvern, PA  19355-0701 | Dividend paid  7.03% on<br>$8,496.40; Claim# 12; Filed: $8,496.40; Reference: | 7100-000 | | 597.79 | 3,257.48 |
| 11/22/11 | 010114 | Plumbers and Pipefitters Local 501 c/oArnold &<br>Kadjan<br>Philip Brzozowski<br>19 W. Jackson Blvd., Suite 300<br>Chicago, IL  60604 | Dividend paid  7.03% on<br>$4,226.50; Claim# 13; Filed: $4,226.50; Reference: | 7100-000 | | 297.37 | 2,960.11 |
| 11/22/11 | 010115 | American Express Bank FSB,c/o Beckett & Lee<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA  19355-0701 | Dividend paid  7.03% on<br>$7,302.31; Claim# 14; Filed: $7,302.31; Reference: | 7100-000 | | 513.77 | 2,446.34 |
| 11/22/11 | 010116 | American Express Bank FSB,c/o beckett & Lee<br>POB 3001<br>Malvern, PA  19355-0701 | Dividend paid  7.03% on<br>$9,527.97; Claim# 15; Filed: $9,527.97; Reference: | 7100-000 | | 670.36 | 1,775.98 |
| 11/22/11 | 010117 | eCAST Settlement assignee ofHSBC, Direct<br>Merchants<br>Credit Card Bank NA,POB 35480<br>Newark, NJ  07193-5480 | Dividend paid  7.03% on $894.95;<br>Claim# 16 -2; Filed: $894.95; Reference: | 7100-000 | | 62.97 | 1,713.01 |

| | | | Page Subtotals | | 0.00 | 3,137.60 | |

FORM 2

Page: 6

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| Case No: | 08-03749  -BL | |
| Case Name: | STEPHENS, EDWARD | |
| | STEPHENS, NANCY | |
| Taxpayer ID No: | *******3845 | |
| For Period Ending: | 08/20/12 | |

| | |
|---|---|
| Trustee Name: | MICHAEL G. BERLAND |
| Bank Name: | The Bank of New York Mellon |
| Account Number / CD #: | *******2466  Checking Account |
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 11/22/11 | 010118 | FIA CARD SERVICES, /BANK OF AMERICA AMERICAN INFOURCE AGENT 4515 N Santa Fe Ave Oklahoma City, OK  73118 | Dividend paid  7.03% on $7,081.53; Claim# 17; Filed: $7,081.53; Reference: | 7100-000 | | 498.24 | 1,214.77 |
| 11/22/11 | 010119 | FIA CARD SERVICES, /BANK OF AMERICA AMERICAN INFOSURCE AGEN 4515 N Santa Fe Ave Oklahoma City, OK  73118 | Dividend paid  7.03% on $7,416.66; Claim# 18; Filed: $7,416.66; Reference: | 7100-000 | | 521.82 | 692.95 |
| 11/22/11 | 010120 | FIA CARD SERVICES, /BANK OF AMERICA AMERICAN INFOSURCE AGENT 4515 N Santa Fe Ave Oklahoma City, OK  73118 | Dividend paid  7.03% on $9,848.94; Claim# 19; Filed: $9,848.94; Reference: | 7100-000 | | 692.95 | 0.00 |
| * 01/05/12 | 010111 | ProPower, 1684 Reliable Parkway Chicago, IL  60686 | STOP PAYMENT Dividend paid  7.03% on Check returned-no forwarding address | 7100-004 | | -538.50 | 538.50 |
| 01/25/12 | | Transfer to Acct #*******5023 | Bank Funds Transfer | 9999-000 | | 538.50 | 0.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Memo Allocation Receipts: | 0.00 | | COLUMN TOTALS | 73,901.94 | 73,901.94 | 0.00 |
| Memo Allocation Disbursements: | 0.00 | | Less:  Bank Transfers/CD's | 73,901.94 | 538.50 | |
| | | | Subtotal | 0.00 | 73,363.44 | |
| Memo Allocation Net: | 0.00 | | Less:  Payments to Debtors | | 0.00 | |
| | | | Net | 0.00 | 73,363.44 | |

| | | |
|---|---|---|
| Page Subtotals | 0.00 | 1,713.01 |

Ver: 16.06d

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 21)*

Page:   7

**Exhibit 9**

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No: | 08-03749  -BL |
| Case Name: | STEPHENS, EDWARD |
| | STEPHENS, NANCY |
| Taxpayer ID No: | *******3845 |
| For Period Ending: | 08/20/12 |

| | |
|---|---|
| Trustee Name: | MICHAEL G. BERLAND |
| Bank Name: | JPMorgan Chase Bank, N.A. |
| Account Number / CD #: | *******2465  Money Market Account |
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 07/08/08 | | Ticor Title | Payment of net proceeds from sale of vacant land | | 49,310.13 | | 49,310.13 |
| | | | DEPOSIT CHECK #9535064495 | | | | |
| | 1 | | Memo Amount:        95,000.00 | 1110-000 | | | |
| | | | Memo Amount:      (      5,700.00 ) | 3510-000 | | | |
| | | | Real estate commission | | | | |
| | | | Memo Amount:      (    36,385.71 ) | 4110-000 | | | |
| | | | Payoff of mortgage | | | | |
| | | | Memo Amount:      (        342.25 ) | 5800-000 | | | |
| | | | County taxes | | | | |
| | | | Memo Amount:      (        225.00 ) | 2500-000 | | | |
| | | | Closing fee title company | | | | |
| | | | Memo Amount:      (        900.00 ) | 2500-000 | | | |
| | | | Title insurance | | | | |
| | | | Memo Amount:      (          34.75 ) | 2500-000 | | | |
| | | | Recording fees | | | | |
| | | | Memo Amount:      (          47.50 ) | 2500-000 | | | |
| | | | County taxes | | | | |
| | | | Memo Amount:      (          95.00 ) | 2500-000 | | | |
| | | | State tax | | | | |
| | | | Memo Amount:      (            3.00 ) | 2500-000 | | | |
| | | | State of Illinois registration to T | | | | |
| | | | State of Illinois registration to Ticor | | | | |
| | | | Memo Amount:      (      1,300.00 ) | 3992-000 | | | |
| | | | Surveyor | | | | |
| | | | Memo Amount:      (        656.66 ) | 2500-000 | | | |
| | | | 1nd & 2nd installment 2007 taxes | | | | |
| 07/31/08 | INT | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 4.44 | | 49,314.57 |
| 08/29/08 | INT | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 5.86 | | 49,320.43 |

| | | |
|---|---|---|
| Page Subtotals | 49,320.43 | 0.00 |

Ver: 16.06d

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 22)*

FORM 2

Page: 8

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 08-03749 -BL |
|---|---|
| Case Name: | STEPHENS, EDWARD |
| | STEPHENS, NANCY |
| Taxpayer ID No: | *******3845 |
| For Period Ending: | 08/20/12 |

| Trustee Name: | MICHAEL G. BERLAND |
|---|---|
| Bank Name: | JPMorgan Chase Bank, N.A. |
| Account Number / CD #: | *******2465  Money Market Account |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 09/30/08 | INT | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 6.47 | | 49,326.90 |
| 10/31/08 | INT | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1200% | 1270-000 | 5.37 | | 49,332.27 |
| 11/21/08 | 001001 | Gloria Longest | Payment of accountant per court order | 3410-000 | | 500.00 | 48,832.27 |
| 11/21/08 | 001002 | Internal Revenue Service | Payment of tax due per tax return | 2810-000 | | 3,924.00 | 44,908.27 |
| 11/28/08 | INT | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1000% | 1270-000 | 3.86 | | 44,912.13 |
| 12/31/08 | INT | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 3.18 | | 44,915.31 |
| 01/30/09 | INT | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.83 | | 44,917.14 |
| 02/27/09 | INT | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.71 | | 44,918.85 |
| 03/31/09 | INT | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.95 | | 44,920.80 |
| 04/30/09 | INT | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.83 | | 44,922.63 |
| 05/29/09 | INT | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.77 | | 44,924.40 |
| 06/30/09 | INT | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.95 | | 44,926.35 |
| 07/31/09 | INT | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.89 | | 44,928.24 |
| 08/31/09 | INT | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.89 | | 44,930.13 |
| 09/30/09 | INT | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.83 | | 44,931.96 |
| 10/30/09 | INT | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.83 | | 44,933.79 |
| 11/30/09 | INT | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.89 | | 44,935.68 |
| 12/31/09 | INT | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.89 | | 44,937.57 |
| 01/29/10 | INT | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.77 | | 44,939.34 |
| 02/26/10 | INT | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.71 | | 44,941.05 |
| 03/31/10 | INT | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 2.01 | | 44,943.06 |
| 04/06/10 | INT | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0500% JPMORGAN CHASE BANK, N.A. | 1270-000 | 0.30 | | 44,943.36 |
| 04/06/10 | | Wire out to BNYM account 000171212465 | Wire out to BNYM account 000171212465 | 9999-000 | | 44,943.36 | 0.00 |

| | | | Page Subtotals | | 46.93 | 49,367.36 | |

Ver: 16.06d

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 23)*

FORM 2                                                                                                    Page:   9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**                                                        Exhibit 9

| | | |
|---|---|---|
| Case No: | 08-03749 -BL | |
| Case Name: | STEPHENS, EDWARD | |
| | STEPHENS, NANCY | |
| Taxpayer ID No: | *******3845 | |
| For Period Ending: | 08/20/12 | |

| | |
|---|---|
| Trustee Name: | MICHAEL G. BERLAND |
| Bank Name: | JPMorgan Chase Bank, N.A. |
| Account Number / CD #: | *******2465  Money Market Account |
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | Memo Allocation Receipts: | 95,000.00 | COLUMN TOTALS | 49,367.36 | 49,367.36 | 0.00 |
| | | Memo Allocation Disbursements: | 45,689.87 | Less:  Bank Transfers/CD's | 0.00 | 0.00 | |
| | | | | Subtotal | 49,367.36 | 49,367.36 | |
| | | Memo Allocation Net: | 49,310.13 | Less:  Payments to Debtors | | 0.00 | |
| | | | | Net | 49,367.36 | 49,367.36 | |

Page Subtotals                  0.00              0.00

Ver: 16.06d

LFORM24
**UST Form 101-7-TDR (5/1/2011)** *(Page: 24)*

FORM 2                                                                                                    Page:   10

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**                                                        Exhibit 9

| | | |
|---|---|---|
| Case No: | 08-03749  -BL | |
| Case Name: | STEPHENS, EDWARD | |
| | STEPHENS, NANCY | |
| Taxpayer ID No: | *******3845 | |
| For Period Ending: | 08/20/12 | |

| | |
|---|---|
| Trustee Name: | MICHAEL G. BERLAND |
| Bank Name: | JPMorgan Chase Bank, N.A. |
| Account Number / CD #: | *******2466  Checking Account |
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Memo Allocation Receipts: | 0.00 | | COLUMN TOTALS | 0.00 | 0.00 | 0.00 |
| Memo Allocation Disbursements: | 0.00 | | Less:  Bank Transfers/CD's | 0.00 | 0.00 | |
| | | | Subtotal | 0.00 | 0.00 | |
| Memo Allocation Net: | 0.00 | | Less:  Payments to Debtors | | 0.00 | |
| | | | Net | 0.00 | 0.00 | |

Page Subtotals                                              0.00                0.00

Ver: 16.06d

**UST Form 101-7-TDR (5/1/2011)** *(Page: 25)*

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page:  11

Exhibit 9

| | |
|---|---|
| Case No: | 08-03749  -BL |
| Case Name: | STEPHENS, EDWARD |
| | STEPHENS, NANCY |
| Taxpayer ID No: | *******3845 |
| For Period Ending: | 08/20/12 |

| | |
|---|---|
| Trustee Name: | MICHAEL G. BERLAND |
| Bank Name: | Congressional Bank |
| Account Number / CD #: | *******5023  Checking Account |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 01/25/12 | | Transfer from Acct #*******2466 | Bank Funds Transfer | 9999-000 | 538.50 | | 538.50 |
| 04/10/12 | 001001 | Clerk Of Bankruptcy Court | Payment of Unclaimed Funds | 7100-000 | | 538.50 | 0.00 |

| | | | | |
|---|---|---|---|---|
| Memo Allocation Receipts: | 0.00 | COLUMN TOTALS | 538.50 | 538.50 | 0.00 |
| Memo Allocation Disbursements: | 0.00 | Less:  Bank Transfers/CD's | 538.50 | 0.00 | |
| | | Subtotal | 0.00 | 538.50 | |
| Memo Allocation Net: | 0.00 | Less:  Payments to Debtors | | 0.00 | |
| | | Net | 0.00 | 538.50 | |

| | | | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|---|---|
| Total Allocation Receipts: | 95,000.00 | TOTAL - ALL ACCOUNTS | | | |
| Total Allocation Disbursements: | 45,689.87 | Money Market Account - *******2465 | 80,025.29 | 36,066.71 | 0.00 |
| | | Checking Account - *******2466 | 0.00 | 73,363.44 | 0.00 |
| Total Memo Allocation Net: | 49,310.13 | Money Market Account - *******2465 | 49,367.36 | 49,367.36 | 0.00 |
| | | Checking Account - *******2466 | 0.00 | 0.00 | 0.00 |
| | | Checking Account - *******5023 | 0.00 | 538.50 | 0.00 |
| | | | ------------------------ | ------------------------ | ------------------------ |
| | | | 129,392.65 | 159,336.01 | 0.00 |
| | | | ============== | ============== | ============== |
| | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals          538.50          538.50